**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Frederick Lamar HAWTHORNE,
Defendant–Appellant.**

No. 02–21350.
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2003.

James Lee Turner, Assistant US Attorney, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Frederick Lamar Hawthorne, Beaumont, TX, pro se.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM.[*]

Court-appointed counsel for Frederick Lamar Hawthorne has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Although he was notified of counsel's motion, Hawhthorne has filed no response.

Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal with respect to Hawthorne's conviction. As part of his plea agreement, Hawthorne validly waived his right to directly appeal his sentence. *See*

*United States v. Portillo,* 18 F.3d 290, 292 (5th Cir.1994).

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.